# United States District Court
## *Southern District of Georgia*

John W. Wurst

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV416-61

Carolyn W. Colvin
in her capacity as Acting Commissioner of the Social
Security Administration

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury
has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been
rendered.

## IT IS ORDERED AND ADJUDGED

that in accordance with this Court's Order dated March 30, 2018, Defendant's Motion to Dismiss

Granted. Plaintiff's complaint is dismissed. This action stands closed.



| | |
|---|---|
| March 30, 2018 | Scott L. Poff |
| *Date* | *Clerk* |
| | |
| | (By) Deputy Clerk |